IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH KENNEDY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 2:14cv-595-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | (WO) |
| ) | |
| Respondent. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #2), entered on July 1, 2014, and the Petitioner's Objection (Doc. #3).

After an independent evaluation and *de novo* review of the file in this case, the Petitioner's objections are OVERRULED, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED for failure of the Petitioner to obtain permission from the Eleventh Circuit Court of Appeals to file a successive petition.

DONE this 21st day of July, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE