IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH KENNEDY, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CASE NO. 2:14cv-595-WHA |
| UNITED STATES OF AMERICA, | ) ) (WO) |
| Respondent. | ) ) |

**FINAL JUDGMENT**

In accordance with the order of the court filed on this day,

Final Judgment is entered in favor of the Respondent and against the Petitioner, Joseph Kennedy, and this case is DISMISSED for failure to obtain permission from the Eleventh Circuit Court of Appeals to file a successive petition.

DONE this 21st day of July, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE